# UNITED STATES DISTRICT COURT
# DISTRICT OF DELAWARE

| | |
|---|---|
| MARC WATERMAN, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> WADDELL & REED FINANCIAL, INC., ) <br> THOMAS C. GODLASKY, KATHIE J. ) <br> ANDRADE, SHARILYN S. GASAWAY, ) <br> JAMES A. JESSEE, KATHRINE M.A. ) <br> KLINE, DENNIS E. LOGUE, MICHEAL F. ) <br> MORRISSEY, PHILIP J. SANDERS, and ) <br> JERRY W. WALTON, ) <br> ) <br> Defendants. ) | Case No. 1:21-cv-00140-CFC |

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), plaintiff hereby voluntarily dismisses the above-captioned action (the "Action"). Defendants have filed neither an answer nor a motion for summary judgment in the Action.

Dated: April 23, 2021

**RIGRODSKY LAW, P.A.**

By: /s/ *Gina M. Serra*
Seth D. Rigrodsky (#3147)
Gina M. Serra (#5387)
Herbert W. Mondros (#3308)
300 Delaware Avenue, Suite 210
Wilmington, DE 19801
Telephone: (302) 295-5310
Facsimile: (302) 654-7530
Email: sdr@rl-legal.com
Email: gms@rl-legal.com
Email: hwm@rl-legal.com

*Attorneys for Plaintiff*